**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **KEVIS VAN NESS,** | **:** | |
| | **:** | |
| **Petitioner,** | **:** | |
| | **:** | **NO. 4:24-CV-00031-CDL-MSH** |
| **VS.** | **:** | |
| | **:** | |
| **Sheriff GREGORY COUNTRYMAN,** | **:** | |
| | **:** | |
| **Respondent.** | **:** | |
| _____ | **:** | |

## ORDER

*Pro se* Petitioner Kevis Van Ness, a pretrial detainee at the Muscogee County Jail in Columbus, Georgia, has filed an application for federal habeas corpus relief. ECF No. 1. However, Petitioner did not pay the $5.00 filing fee or request leave to proceed without the prepayment of the fee. Petitioner must address this filing fee before this case may proceed for preliminary review.

If Petitioner receives funds while incarcerated, then he will be required to pay the $5.00 fee. If Petitioner is in fact indigent and intends to request leave to proceed *in forma pauperis*, then he is advised that a prisoner proceeding *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2).

The Clerk is **DIRECTED** to mail Petitioner a copy of the standard motion to proceed without prepayment of fees and account certification form, marked with the case number for the above-captioned action.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or if indigent, file a complete motion to proceed *in forma pauperis* with the statutory supporting documents.  Petitioner should also keep the Court advised of any change of address.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.**  There will be no service of process in this case until further order of the Court.

SO ORDERED AND DIRECTED, this 6th day of March, 2024.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE

2